UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY – 6 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) |
| STEVEN E. ROBINSON, KYLE A. TURNER, and HALI C. WILSON, | ) 4:15CR216 HEA/SPM |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 21, 2014, in St. Charles County, within the Eastern District of Missouri, the defendants,

**STEVEN E. ROBINSON, KYLE A. TURNER, and HALI C. WILSON,**

did knowingly and intentionally distribute heroin, a Schedule I controlled substance, in violation

1

of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200

2